**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VICTOR ALFONSO SANTOS,           :  | CIVIL ACTION NO. **3:14-CV-0635** |
| Petitioner                                      :  | |
| v.                                                      :  | (Magistrate Judge Blewitt) |
| MARY SABOL, Warden,                   : <br> York County Prison,                          :  | |
| Respondent                                   :  | |

**ORDER**

**NOW, THEREFORE, on this 5th day of June, 2014,** based on the foregoing Memorandum**, IT IS HEREBY ORDERED THAT:**

1. Petitioner Santos' Petition for Writ of Habeas Corpus **(Doc. 1)** is **DENIED**.

2. The Clerk of Court is directed to close this case.


                                                    s/ Thomas M. Blewitt
                                                    **THOMAS M. BLEWITT**
                                                    **United States Magistrate Judge**


**Dated:   June 5, 2014**